# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

|  |  |  |
|---|---|---|
| ALBERT LEE MADISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:25-cv-000231-HEA |
| | ) | |
| SP PLUS CORPORATION, GREGORY | ) | Hon. Judge Henry Edward Autrey |
| LUCKETT and VICKY JUDE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ENTRY OF APPEARANCE

Alex J. Levin of the law firm of Laner Muchin, Ltd., hereby enters his Appearance on behalf of Defendants SP Plus Corporation, Gregory Luckett and Vicky Jude.

March 28, 2025

Respectfully submitted,

s/Alex J. Levin
Alex J. Levin  (6324238IL)
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

Alex J. Levin., an attorney, hereby certifies that on this 28th day of March, 2025, he caused the **Appearance of Alex J. Levin** to be filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Springfield Division, by operation of the Court's CM/ECF system and served on all counsel of record as follows:

Emanuel Kataev
Sage Legal, LLC
18211 Jamaica Avenue
Jamaica, New York 11423-2327
Ph: (718) 489-4155
Email: mail@emanuelkatev.com

Meir Rubinov
Consumer Attorneys – PLLC – New York
68-29 Main Street
Flushing, New York 11367
Ph: (718) 640-8123
Email: mrubinov@consumerattorneys.com

Attorneys for Plaintiff

/s/ Alex J. Levin
Alex J. Levin