# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| | |
|---|---|
| ALBERT LEE MADISON,       ) | |
|                 ) | |
|        Plaintiff,      ) | |
|                 ) | |
|        vs.         ) | No. 4:25-cv-000231-HEA |
|                 ) | |
| SP PLUS CORPORATION, GREGORY   ) | Hon. Judge Henry Edward Autrey |
| LUCKETT and VICKY JUDE,     ) | |
|                 ) | |
|        Defendants.     ) | |
|                 ) | |

## DEFENDANT SP PLUS' AGREED MOTION
## FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant, SP Plus Corporation, by and through its attorney, Alex J. Levin of Laner Muchin, Ltd., hereby moves this Honorable Court for an extension of time to and including May 19, 2025, for Defendant to answer or otherwise respond to Plaintiff's Complaint. Plaintiff does not oppose this Motion. In further support of this Motion, Defendant states as follows:

1.  On March 26, 2025, Plaintiff Albert Lee Madison ("Plaintiff") filed a Complaint against Defendants, captioned *Albert Lee Madison v. SP Plus Corporation, Gregory Luckett and Vicky Jude,* 4:25-cv-00231-HEA, in the U.S. District Court for Eastern District of Missouri.  The Plaintiff alleges Defendants violated Plaintiff's rights under the Family and Medical Leave Act, the Americans with Disabilities Act, and the Missouri Human Rights Act. Defendants deny any wrongdoing.

2.  Plaintiff served the Summons and Complaint on Defendant SP Plus Corporation on March 10, 2025. Defendant SP Plus Corporation is required to answer or otherwise respond to Plaintiff's Complaint by March 28, 2025.

1

3.      Defendants Gregory Luckett and Vicky Judge are represented by the same counsel as Defendant SP Plus. On March 20, 2025, Defendants Gregory Luckett or Vicky Jude agreed to waive Service of the Summons and Complaint. Defendants Gregory Luckett and Vicky Jude are required to respond by May 19, 2025.

4.      Defendants' counsel needs additional time to investigate the facts in order to prepare Defendants' responsive pleadings. Since Defendants' counsel represents the individual Defendants and Defendant SP Plus, no delay will be caused in the case by setting the same responsive pleading deadline for all three Defendants.

5.      On March 20, 2025, Plaintiff's counsel, Emanuel Kataev, confirmed to Defendant's counsel, Alex Levin, that Plaintiff does not object to this Motion.

WHEREFORE, Defendant SP Plus Corporation respectfully requests that this Honorable Court grant this Motion and grant Defendant an extension of time to and including May 19, 2025, for Defendant to answer or otherwise respond to Plaintiff's Complaint.


Dated:  March 28, 2025                                     SP PLUS CORPORATION

                                                          By:    /s/Alex J. Levin
                                                                 One of their Attorneys

Alex J. Levin  (IL ARDC 6324238)
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Alevin@lanermuchin.com

2

## CERTIFICATE OF SERVICE

I, Alex Levin, an attorney, hereby certify that on March 28, 2025, I caused to be served a copy of the foregoing **Motion for Extension of Time**, in the above-captioned matter on the parties of record, including those listed below, by email and by operation of the Court's ECF system to:

> Emanuel Kataev
> Sage Legal, LLC
> 18211 Jamaica Avenue
> Jamaica, New York 11423-2327
> Ph: (718) 489-4155
> Email: mail@emanuelkatev.com
>
> Meir Rubinov
> Consumer Attorneys – PLLC – New York
> 68-29 Main Street
> Flushing, New York 11367
> Ph: (718) 640-8123
> Email: mrubinov@consumerattorneys.com
>
> Attorneys for Plaintiff

/s/ Alex J. Levin
Alex J. Levin

3