**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALBERT LEE MADISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:25-cv-00231 |
| v. | ) | |
| | ) | |
| SP PLUS CORPORATION, GREGORY | ) | Hon. Judge Henry Edward Autrey |
| LUCKETT, and VICKY JUDE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS LUCKETT'S AND JUDE'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendants, Gregory Luckett and Vicki Jude (hereinafter collectively referred to as the "Individual Defendants"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Plaintiff Albert Lee Madison's Complaint with prejudice. In support thereof, the Individual Defendants state the following:

1.     Plaintiff's five-count Complaint raises allegations of violations of the Family and Medical Leave Act ("FMLA"), the Americans with Disabilities Act ("ADA"), and the Missouri Human Rights Act ("MHRA") stemming from Defendant SP Plus Corporation placing Plaintiff on leave following receipt of a letter from his physician placing certain restrictions on him due to a flare up of his previously-diagnosed sciatica.

2.     Plaintiff's Complaint should be dismissed in its entirety for failure to state a claim upon which relief can be granted.

3.     Plaintiff's FMLA claim in Count I should be dismissed as to the Individual Defendants because Plaintiff fails to sufficiently plead factual allegations that would impart

liability on the Individual Defendants. Individual liability is created only when a defendant had supervisory authority over the plaintiff and was responsible for the FMLA violation. *Freemon v. Foley*, 911 F. Supp. 326, 331 (N.D. Ill. 1995). Plaintiff has failed to plead any actions taken by the Individual Defendants that would allow for individual liability to attach.

4.      Counts II and III should be dismissed because the ADA does not provide for individual liability. *Alsbrook v. City of Maumelle*, 184 F.3d 999, 1005 (8th Cir. 1999) (referencing decisions in the Seventh Circuit, Tenth Circuit and Eleventh Circuit wherein Courts held that the ADA did not create individual liability).

5.      Similarly, Counts IV and V should be dismissed because the MHRA's statutory language specifically excludes people who are "employed by an employer," like the Individual Defendants here, as having liability under the law. Mo. Rev. Stat. § 213.010(8)(c).

6.      Plaintiff's Complaint fails to plausibly state *any* claims upon which relief can be granted against the Individual Defendants and must, therefore, be dismissed by this Court.

WHEREFORE, for all these reasons and those set forth in Defendants Gregory Luckett's and Vicky Jude's supporting memorandum of law, the Individual Defendants respectfully move this Honorable Court to dismiss Plaintiff's Complaint with prejudice.

Dated:  May 19, 2025

Respectfully submitted,

**DEFENDANTS GREGORY LUCKETT
AND VICKY JUDE**

By:    */s/David A. Moore*
            One of Defendant's Attorneys

David A. Moore
Alex J. Levin
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
dmoore@lanermuchin.com
alevin@lanermuchin.com

## CERTIFICATE OF SERVICE

I, David A. Moore, an attorney, hereby certify that on May 19, 2025, I caused to be served a copy of the foregoing **Defendants Gregory Luckett's and Vicky Jude's Motion to Dismiss Plaintiff's Complaint with Prejudice**, in the above-captioned matter to be served on the parties of record, including those listed below, by operation of the Court's electronic filing system, and via email addressed to:

> Meir Rubinov
> Emanuel Kataev
> CONSUMER ATTORNEYS PLLC
> 68-29 Main Street
> Flushing, New York 11367
> mrubinov@consumerattorneys.com
> ekataev@consumerattorneys.com

> /s/David A. Moore
> David A. Moore