UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALBERT LEE MADISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:25CV231HEA |
| | ) |
| SP PLUS CORPORATION, | ) |
| GREGORY LUCKETT and | ) |
| VICKY JUDE, | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to

Fed.R.Civ.P. 16 previously set for October 24, 2025, is **VACATED**. The case

management order will be entered based on the dates submitted by the parties in

their Joint Proposed Scheduling Plan.

Dated this 15th  day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE