**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALBERT LEE MADISON,<br><br>Plaintiff,<br><br>v.<br><br>SP PLUS CORPORATION, GREGORY LUCKETT, and VICKY JUDE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:25-cv-00231<br><br>Hon. Judge Henry Edward Autrey |

**DEFENDANT'S MOTION TO CONTINUE THE**
**PRETRIAL CONFERENCE AND TRIAL DATES**

Defendants, SP Plus, LLC (incorrectly identified as SP Plus Corporation), Gregory Luckett, and Vicky Jude (hereinafter collectively referred to as "Defendants"), move to continue the pretrial conference and trial dates as provided below. In support of their Motion, Defendants state as follows:

1. On October 15, 2025, the Court entered a case management order setting the following deadlines: fact discovery was scheduled to close on June 1, 2026 and dispositive motions were due by June 1, 2026. (*See* ECF Doc. No. 28). The case management order also stated that the jury trial is to start on November 30, 2026. *Id*.

2. On May 7, 2026, the Court granted Defendants' Motion for Extension of Discovery and Dispositive Motion Briefing Schedule. (*See* ECF Doc. No. 38). The current discovery schedule is as follows: fact discovery is currently scheduled to close on September 30, 2026. *Id.* The Court also set a briefing schedule for dispositive motions as follows: dispositive motions are due by November 30, 2026. *Id*.

3. The trial date, along with the corresponding deadlines, remains set for November 30, 2026, pursuant to the previously entered case management order entered on October 15, 2025. (*See* ECF Doc. No. 28). Pursuant to the Court's standing order, the pretrial conference could be held no later than November 23, 2026.

4. The Parties have completed fact discovery, and Defendants will be filing motions for summary judgment as prior settlement discussions did not result in a settlement.

5. Because both the dispositive motion deadline and the jury trial start date are November 30, 2026, Defendants would be briefing summary judgment while simultaneously preparing for trial, which would result in substantial expense. Defendants would be forced to devote significant resources to preparing for trial, including, but not limited to, motions *in limine*, trial briefs, jury instructions, exhibits, witness lists and witness preparation, and joint stipulation all while briefing summary judgment. In addition, these expenses would be unnecessary if summary judgment were granted.

6. Accordingly, Defendants respectfully request that the trial date be continued and stayed pending resolution of Defendants' motions for summary judgment, or, in the alternative, moved to August 17, 2027.

7. Defendants do not bring this motion for the purpose of delay, and no party would be prejudiced by granting the relief sought in this motion.

8. At Plaintiff's deposition on September 11, 2026, Plaintiff's counsel stated that he agreed the Parties should file a joint motion to extend the pre-trial and trial dates pending summary judgment and potentially further settlement discussions. Prior to filing this motion, Defendant's counsel made multiple attempts to reconfirm Plaintiff's position on September 18, 24, and 25, 2026, but Plaintiff's counsel has not had an opportunity to respond.

WHEREFORE, Defendants respectfully request that this Honorable Court move the trial date and corresponding trial-related deadlines, including pretrial conference, consistent with the date set forth in this Motion.

Dated: September 29, 2026

Respectfully submitted,

**DEFENDANTS SP PLUS, LLC, GREGORY LUCKETT, AND VICKY JUDE**

By: *__/s/John M. Catalano, Jr.__*
One of Defendant's Attorneys

David A. Moore
John M. Catalano, Jr.
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
dmoore@lanermuchin.com
jcatalano@lanermuchin.com